

Signed and Filed: October 02, 2009

_____
**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**
_____

STEVEN W. PITE (CA SBN 157537)
DAVID E. McALLISTER (CA SBN 185831)
KATHERINE L. JOHNSON (CA SBN 259854)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177
Telephone: (858)750-7600
Facsimile: (619) 590-1385

Attorneys for U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2006-NC3

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>GLENDA DINORA PARADA AND EDWIN ARTURO MARTINEZ,<br><br><br><br><br><br><br><br>Debtor(s). | Case No. 09-30116-TEC<br><br>Chapter 13<br><br>R.S. No. KLJ-258<br><br>ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY<br><br>DATE:   September 14, 2009<br>TIME:    1:00 PM<br>CTRM:  23<br><br>Northern District of California - San Francisco Division<br>United States Bankruptcy Court<br>235 Pine Street, 19th Floor<br>San Francisco, CA 94104 |

The above-captioned matter came on for hearing on September 14, 2009, at 1:00 PM, in Courtroom 23, upon the Motion of U.S. Bank National Association as Trustee for the Certificateholders of Mortgage Asset-Backed Pass-Through Certificates Series 2006-NC3 ("Movant"), for relief from the automatic stay of 11 U.S.C. § 362, to enforce its interest in the property of Glenda Dinora Parada and Edwin Arturo Martinez ("Debtors") commonly known as 872 4th Avenue, San Bruno, California 94066 (the "Real Property"), which is legally described

as follows:

> Lots 1 and 2, Block 9, as shown on that certain Map entitled, "Amended Plan of the Bell Air Park, San Bruno Station, San Bruno, San Mateo County, California", which Map was filed in the Office of the Recorder of the County of San Mateo, State of California on June 24, 1907, in Book 5 of Maps at Page 10.
>
> APN No: 020-185-040

Appearances as noted on the record.

Based on the arguments of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. The automatic stay of 11 U.S.C. § 362, is hereby terminated as it applies to the enforcement by Movant of all of its rights in the Real Property under Note and Deed of Trust;

2. Movant is authorized to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust, and pursuant to applicable state law;

3. The 10-day stay provided by Bankruptcy Rule 4001 (a)(3) is waived;

4. Post-petition attorney's fees and costs for the within motion may be added to the outstanding balance of the subject Note as allowed under applicable non-bankruptcy law;

5. Upon foreclosure, in the event Debtors fail to vacate the Real Property, Movant may proceed in State Court for unlawful detainer pursuant to applicable state law;

6. Upon entry of this Order, the Chapter 13 Trustee shall cease making payments in regard to Movant's claim filed in this bankruptcy case; and

7. Movant may offer and provide Debtors with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

\*\* END OF ORDER \*\*

# COURT SERVICE LIST

Pite Duncan, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177

Glenda Dinora Parada
5700 Mission Street, Apt 3
San Francisco, CA 94112

Edwin Arturo Martinez
5700 Mission Apt 3
San Francisco, CA 94112

Fayedine Coulter
Law Offices of Fayedine Coulter
1425 Leimert Bl. #306
Oakland, CA 94602

David Burchard
393 Vintage Park Drive, Suite 150
Foster City, CA 94404

U.S. Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104